BASTIANELLI, Respondent, v. SUPREME COUNCIL, CATHOLIC BENEVOLENT LEGION, Appellant. (Supreme Court, Appellate Division, First Department. April 24, 1908.) Action by Kate Bastianelli against the Supreme Council, Catholic Benevolent Legion. E. J. Connolly, for appellant. A. L. Marvin, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM, J., dissents.

BAUM v. UNITED STATES TRUST CO. et al. (Supreme Court, Appellate Division. First Department. May 22, 1908.) Action by Gay N. Baum against the United States Trust Company and others. Judgment for defendants, and plaintiff appeals. Modified, by disallowing costs to part of the defendants, and affirmed, as modified. J. H. Harrington, for appellant. E. V. Farley and others, for respondents.

PER CURIAM. The judgment appealed from should be modified, by striking out the provision therein allowing costs to the defendants other than the United States Trust Company and James J. Williams, as executors, the St. Joseph's Seminary, and the Church of St. Jerome. As so modified, the judgment is affirmed, with one bill of costs of appeal to the defendants the St. Joseph's Seminary and the Church of St. Jerome.

BECKER, Respondent, v. OEHLER et al. Appellants. (Supreme Court, Appellate Division, First Department. April 24, 1908.) Action by Christian F. Becker against Henry Oehler and others. H. C. Botty, for appellants. B. L. Kraus, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

BECKWITH et al., Respondents, v. STREETER, Appellant. (Supreme Court, Appellate Division, Third Department. May 6, 1908.) Action by Charles D. Beckwith and another, composing the firm of Beckwith Bros., against D. D. Streeter.

PER CURIAM. Judgment affirmed, with costs.

KELLOGG and SEWELL, JJ., dissent.

BENNETT, Appellant, v. SCHULTZ, et al. Respondents. (Supreme Court, Appellate Division, Second Department. May 8, 1908.) Action by John G. Bennett against John Schultz and another.

PER CURIAM. We think the plaintiff made a prima facie case, which entitled him to have the questions of fact passed upon. Judgment of the Municipal Court reversed, and new trial ordered; costs to abide the event.

BERGER v. WEIDENFELD et al. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Appeal from Trial Term. Action by Maurice Berger against Camille Weidenfeld, impleaded with another. From an order denying a rehearing of a previous motion, defendant Weidenfeld appeals. Reversed, and order opening default modified. Herman Aaron, for appellant. Parker K. Deane, for respondent.

PER CURIAM. The order appealed from should be reversed, with $10 costs and disbursements, and the order opening the default should be modified, by striking out the provision for a bond, and by directing that the judgment as entered stand as security, and that the case be set down for trial upon the day calendar of Trial Term, part 14, for the third Monday of May.

BERNHEIMER, Respondent, v. BERNHEIMER, Appellant. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by Selma Bernheimer against Lorin S. Bernheimer. E. M. Boyle, for appellant. D. P. Hays, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re BETTS. (Supreme Court, Appellate Division, Third Department. May 6, 1908.) In the matter of the application of Ira E. Betts to alter and lay out a new highway in the town of Delhi, N. Y., and the assessment of damages therefor. No opinion. Order affirmed, with $10 costs and disbursements.

BIJUR, Respondent, v. KRECH, Appellant. (Supreme Court, Appellate Division, First Department. May 29, 1908.) Action by Nathan Bijur against Alvin W. Krech. C. W. Pierson, for appellant. J. S. Sheppard, Jr., for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

INGRAHAM and SCOTT, JJ., dissent.

BLACK, Appellant, v. LEMBERG et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 1, 1908.) Action by Louis Black against Samuel Lemberg and others. No opinion. Order affirmed, with $10 costs and disbursements.

In re BLENNERHASSETT'S WILL. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) In the matter of the probate of the last will and testament of Margaret Blennerhassett, deceased.

PER CURIAM. Decree of the Surrogate's Court of Kings county affirmed, with one bill of costs to the respondent and another to the appellant, payable out of the estate.

MILLER, J., dissents.

BLUME, Appellant, v. WILLIAMS, Respondent. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by John Blume, an infant, by Margarethe Blume, his guardian ad litem, against William P. Williams. No opinion. Order affirmed, with $10 costs and disbursements.

BOICE, Respondent, v. VILLAGE of VALATIE, Appellant. (Supreme Court, Appellate Division, Third Department. May 6, 1908.) Action by Emma Boice against the village of